No. 09-10643. Adan Garcia Rosales, Petitioner v. N. Dawson, Warden.

562 U.S. 848, 131 S. Ct. 95, 178 L. Ed. 2d 60, 2010 U.S. LEXIS 5993.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-10650. Ivy Anderson and David Johnson, Petitioners v. City of Davis, California, et al.

562 U.S. 848, 131 S. Ct. 95, 178 L. Ed. 2d 60, 2010 U.S. LEXIS 5924.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 368 Fed. Appx. 851.

No. 09-10653. Jerome Burgess, Petitioner v. Bill McCollum, Attorney General of Florida.

562 U.S. 848, 131 S. Ct. 96, 178 L. Ed. 2d 60, 2010 U.S. LEXIS 5844.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 357 Fed. Appx. 206.

No. 09-10655. Kurby Decker, Petitioner v. Chequita Dunbar, et al.

562 U.S. 848, 131 S. Ct. 96, 178 L. Ed. 2d 60, 2010 U.S. LEXIS 6001,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 358 Fed. Appx. 509.

No. 09-10657. Reginald Meeks, Petitioner v. David R. McKune, Warden, et al.

562 U.S. 848, 131 S. Ct. 96, 178 L. Ed. 2d 60, 2010 U.S. LEXIS 6027.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 354 Fed. Appx. 348.

No. 09-10660. Dennis Ervine, Petitioner v. California.

562 U.S. 848, 131 S. Ct. 96, 178 L. Ed. 2d 60, 2010 U.S. LEXIS 5999.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 47 Cal. 4th 745, 102 Cal. Rptr. 3d 786, 220 P.3d 820.

No. 09-10663. Thomas G. Dean, Petitioner v. J.P. Morgan Chase Bank.

562 U.S. 848, 131 S. Ct. 96, 178 L. Ed. 2d 60, 2010 U.S. LEXIS 5937.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 364 Fed. Appx. 611.

No. 09-10664. Richard Paul Riggins, Petitioner v. Texas.

562 U.S. 848, 131 S. Ct. 97, 178 L. Ed. 2d 60, 2010 U.S. LEXIS 5810,

October 4, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.